**Hubert MAYNE et al., Appellants,**

v.

**Nannie J. FERGUSON, Appellee.**

Court of Appeals of Kentucky.

Sept. 23, 1955.

H. M. Tye, J. J. Tye, Barbourville, for appellant.

Lester L. Parrott, Barbourville, for appellee.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.060. The case involves a prayer for $500 damages for blocking a passway and a request for injunctive relief. The case was tried before the chancellor who denied the relief prayed. We concur in the finding of the chancellor. CR 52.01.

The motion for an appeal is overruled and the judgment is affirmed.